UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRAMAINE A. HARRISON, ET AL.

VERSUS

BOBBY JINDAL, ET AL.

CIVIL ACTION

NO. 14-811-BAJ-RLB

ORDER

On or about December 27, 2015, Jarvis Young, Spencer Ford, and Kendell Summers, *pro se* plaintiffs previously confined at the Eastern Louisiana Mental Health System ("ELMHS"), Jackson, Louisiana, commenced this action, along with Tramaine A. Harrison, Larry Drawsand, and Larry Warren, as a "Class Action" on a form for the assertion of the violation of constitutional civil rights under 42 U.S.C. § 1983.

By Order dated October 30, 2015, the Clerk of Court instructed plaintiffs Young, Ford, and Summers that they must each re-submit the Complaint, personally signed by them on the last page, and pay the full amount of the Court's filing fee or file a properly completed motion to proceed as a pauper.  *See* R. Doc. 7.  The plaintiffs were specifically notified that failure to re-submit the Complaint in the proper form and failure to pay the Court's filing fee or submit a properly completed motion to proceed as a pauper "shall result in the dismissal of the individual plaintiff's claims by the Court without further notice." *Id.*

A review of the record now reflects that plaintiffs Young, Ford, and Summers have failed to comply with the Court's directive.  Instead, copies of the referenced Order, which were forwarded to plaintiffs Young, Ford, and Summers at their record addresses, have been returned to the Court as undeliverable.  The copy of the Order forwarded to plaintiff Summers was returned with a notations on the envelope of, "Return back to sender," "don't open any for the

clerks offices," and "I wish not to be a part of this class action 1983 form," which the Court will consider as Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  The copies of the Order forwarded to plaintiffs Young and Ford were returned with notations on the envelopes of, "RETURN TO SENDER UNABLE TO FORWARD."  See R. Docs. 8 and 9.

As to plaintiffs Young and Ford, pursuant to Local Rule 41(b)(4) of the Court, the failure of a *pro se* litigant to keep the Court apprised of a change of address may constitute a cause for dismissal for failure to prosecute when a notice has been returned to a party or the Court for the reason of an incorrect address and no correction is made to the address for a period of thirty (30) days.  As a practical matter, the case cannot proceed without an address where the plaintiff may be reached and where he may receive pertinent pleadings, notices or rulings.  Accordingly,

**IT IS ORDERED** that the claims of plaintiff Kendell Summers be and are hereby dismissed, without prejudice, pursuant to plaintiff Summers' Notice of Voluntary Dismissal (R. Doc. 10).

**IT IS FURTHER ORDERED** that the claims of plaintiffs Jarvis Young and Spencer Ford be and are hereby dismissed, without prejudice, for failure of these plaintiffs to prosecute this proceeding and for failure to keep the Court apprised of a current address.

**IT IS FURTHER ORDERED** that, on motion of plaintiff Jarvis Young or Spencer Ford, filed within thirty (30) days, and upon a showing of good cause the Court may consider

reinstatement of the filing plaintiff's claims on the Court's Docket. Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 11, 2016.

 _____
CHIEF JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
 MIDDLE DISTRICT OF LOUISIANA