UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRAMAINE A. HARRISON, ET AL.

VERSUS

BOBBY JINDAL, ET AL.

CIVIL ACTION

NO. 14-811-BAJ-RLB

ORDER

On or about December 27, 2015, Larry Drawsand and Larry Warren, *pro se* plaintiffs previously confined at the Eastern Louisiana Mental Health System ("ELMHS"), Jackson, Louisiana, commenced this action, along with Tramaine A. Harrison, Jarvis Young, Spencer Ford, and Kendell Summers, as a "Class Action" on a form for the assertion of the violation of constitutional civil rights under 42 U.S.C. § 1983.

By Order dated October 30, 2015, the Clerk of Court instructed plaintiffs Drawsand and Warren that they must each re-submit the Complaint, personally signed by them on the last page, and pay the full amount of the Court's filing fee or file a properly completed motion to proceed as a pauper. *See* R. Doc. 7. The plaintiffs were specifically notified that failure to re-submit the Complaint in the proper form and failure to pay the Court's filing fee or submit a properly completed motion to proceed as a pauper "shall result in the dismissal of the individual plaintiff's claims by the Court without further notice." *Id.*

A review of the record by the Court reflects that, despite notice and an opportunity to appear, plaintiffs Drawsand and Warren have failed to respond to the Court's directives. Therefore, the claims of plaintiffs Drawsand and Warren shall be dismissed, without prejudice, for failure to comply with the Court's directives. Accordingly,

**IT IS ORDERED** the claims of plaintiffs Drawsand and Warren shall be dismissed, without prejudice, for failure to comply with the Court's directives.  Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 12, 2016.

_____
CHIEF JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA